# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-113).

| | |
|---|---|
| 1. Person Reporting  *(Last name, first, middle initial)*<br><br>hng, David L. | 2. Court or Organization<br><br>U.S. District Court, ED-KY |

3. Date of Report

08/03/2001

| | | |
|---|---|---|
| 4. Title  *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge (nominee) | 5. Report Type (check type)<br><br>X  Nomination,  Date  08/02/2001<br><br>Initial      Annual      Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>08/03/2001 |

**7. Chambers or Office Address**

513 Madison Ave. Suite 400

P.O. Box 72

Covington, KY  41012-0072

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____  Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
|  | NONE  (No reportable positions.) | |
| 1 | NONE | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  *(Reporting individual only; see pp.14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
|  | NONE  (No reportable agreements.) | |
| 1 | NONE | |
| 2 | | |
| 3 | | |

## NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

|  | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
|  | NONE  (No reportable non-investment income.) | | |
|  | 2000-pre | Jim Bunning Foundation, Controller | |

# FINANCIAL DISCLOSURE REPORT

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## I. LIABILITIES

*(includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| CREDITOR NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|
| Thrift Savings Plan | TSP Loan | |
| | | |
| | | |
| | | |
| | | |

DES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000

0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 Roth IRA - Washington Mutual Investors Fund - Class A | A | Dividend | J | T | Exempt | | | | |
| 2 Roth IRA - New Perspective Fund - Class A | A | Dividend | J | T | Exempt | | | | |
| 3 Roth IRA - Europacific Growth Fund - Class A | A | Dividend | J | T | Exempt | | | | |
| 4 Roth IRA - SMALLCAP World Fund - Class A | A | Dividend | J | T | Exempt | | | | |
| 5 Roth IRA-Washington Mutual Investors Fund-Class A | A | Dividend | J | T | Exempt | | | | |
| 6 Roth IRA - New Perspective Fund - Class A (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 7 Roth IRA - Europacific Growth Fund - Class A (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 8 Roth IRA - SMALLCAP World Fund - Class A (Spouse) | A | Dividend | J | T | Exempt | | | | |
| 9 Education IRA - New Economy Fund - Class B (daughter) | A | Dividend | J | T | Exempt | | | | |
| 10 Education IRA - New Perspective Fund - Class A | A | Dividend | J | T | Exempt | | | | |
| 11 Education IRA - SMALLCAP World Fund - Class A (daughter) | A | Dividend | J | T | Exempt | | | | |
| 12 Education IRA - New Perspective Fund - Class A | A | Dividend | J | T | Exempt | | | | |
| 13 Education IRA - SMALLCAP World Fund - Class A (son) | A | Dividend | J | T | Exempt | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| Value Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book Value | V=Other | W=Estimated | | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____ *David L. Bunning* _____   Date  8/3/01

Note:   Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

---

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS (as of 7/31/01) | | LIABILITIES (as of 7/31/01) | |
|---|---|---|---|
| Cash on hand and in banks, credit unions | 500.00 | Notes payable to banks-secured (Appliance "Same as Cash" Loan) | 1,100.00 |
| U.S. Government securities-add schedule | 0.00 | Notes payable to banks-unsecured | 0.00 |
| Listed securities-see attachment (Roth IRAs, Education IRAs) | 13,820.11 | Notes payable to relatives | 0.00 |
| Unlisted securities--add schedule | 0.00 | Notes payable to others | 0.00 |
| Accounts and notes receivable: | 0.00 | Accounts and bills due | 0.00 |
| Due from relatives and friends | 0.00 | Unpaid income tax | 0.00 |
| Due from others | 0.00 | Other unpaid income and interest | 0.00 |
| Doubtful | 0.00 | Real estate mortgages payable (1st Mortgage - Wells Fargo) (2nd Mortgage - Citizens Bank of Campbell County, Kentucky) | 123,750.00 |
| Real estate owned Primary Residence at 153 Ohio Ave. (value based on 1999 appraisal) | 140,000.00 | Chattel mortgages and other liens payable | 0.00 |
| Real estate mortgages receivable | 0.00 | Other debts-itemize: | |
| Autos - 1994 Toyota Camry | 7,000.00 | Providian Master Card | 6,439.81 |
| Other personal property - appliances, jewelry, clothing, etc. (Approximation only) | 10,000.00 | Capital One Visa | 2,763.77 |
| Cash value-life insurance | 0.00 | Cinfed Credit Union (Camry Loan) | 1,200.00 |
| Other assets itemize: | | TSP Loan | 14,000.00 |
| | | University of Kentucky Student Loan | 205.00 |
| TSP 401K | 88,222.84 | | |
| Total Assets | 259,542.95 | Total liabilities | 149,458.58 |
| | | Net Worth | 110,084.37 |
| | | Total liabilities and net worth | 259,542.95 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | 0.00 | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | 0.00 | Are you defendant in any suits or legal actions? | No |
| Legal Claims | 0.00 | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 0.00 | | |
| Other special debt | 0.00 | | |